# Order

Michigan Supreme Court
Lansing, Michigan

March 30, 2018

154556-7

COLOMA CHARTER TOWNSHIP,
   Plaintiff/Counterdefendant-
   Appellee,

v

BERRIEN COUNTY and BERRIEN COUNTY
SHERIFF'S DEPARTMENT,
   Defendants/Counterplaintiffs-
   Appellants,
and

LANDFILL MANAGEMENT COMPANY, INC.,
and HENNESSY LAND COMPANY,
   Defendants-Appellants.

_____/

JOE HERMAN, SUE HERMAN, JAY JOLLAY,
SARAH JOLLAY, JERRY JOLLAY, NEAL
KREITNER, TONY PETERSON, LIZ
PETERSON, RANDY BJORGE, ANNETTE
BJORGE, and TINA BUCK,
   Plaintiffs-Appellees,

v

BERRIEN COUNTY,
   Defendant-Appellant.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 154556
COA: 325226
Berrien CC: 13-000317-CZ

SC: 154557
COA: 325335
Berrien CC: 05-003247-CZ

   On order of the Court, leave to appeal having been granted and the briefs and oral arguments of the parties having been considered by the Court, we VACATE our order of September 22, 2017. The application for leave to appeal the September 6, 2016 judgment of the Court of Appeals is DENIED, because we are no longer persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2018         

p0327                    Clerk